**Lucho Humberto YOUNGS, Plaintiff—Appellant,**

v.

**Edward REILLY; Joann L. Kelly; Annamaria Haj; Edward Allen; Dominic Pittelo, Defendants—Appellees.**

**No. 05–1373.**

United States Court of Appeals, Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 1, 2005.

Lucho Humberto Youngs, Appellant pro se.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lucho Humberto Youngs, a federal prisoner, appeals the district court's order dismissing as moot his petition filed under 28 U.S.C. § 2241 (2000). Because Youngs failed to challenge on appeal the ground on which the district relied to dismiss the petition, he has waived appellate review of that issue. *See* 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm. We deny Youngs' motions for appointment of counsel and for production of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*